```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
JOSEPH VOLFMAN,

                Plaintiff,                      23-cv-858 (JGK)

    - against -                         ORDER

UPRIGHT HOLDINGS 547 LLC, et al.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **June 6, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 27, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           May 23, 2023

                                            John G. Koeltl
                                   United States District Judge